ROBERT P. HENK    (147490)
SHERI L. LEONARD (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:             (916) 787-4530
henkleonard@aol.com
Attorneys for Plaintiff, **DIANE OGDEN**


JEREMY REGAN SAYRE   (N.C. State Bar I.D. No.: 32164)
**WARD & SMITH, P.A.**
5430 Wade Park Boulevard
Raleigh, North Carolina 27607
Telephone:    (916) 277-9100
Fax:             (916) 277-9177
js@wardandsmith.com


SABRINA L. SHADI, Bar No. 205405
**BAKER & HOSTETLER LLP**
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:     310.820.8859
sshadi@bakerlaw.com

Attorneys for Defendant,
**FIRST-CITIZENS BANK & TRUST COMPANY**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE OGDEN** | CASE NO.:  12-cv-01581-MCE-GGH |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND COMPLAINT; ORDER** |
| **FIRST-CITIZENS BANK & TRUST COMPANY,** and **DOES 1 through 50**, inclusive, | |
| Defendants. | |

Stipulation and Order Allowing Plaintiff to Amend Complaint

1

**STIPULATION**

This Stipulation is made and entered into between Plaintiff, DIANE OGDEN, and Defendant, FIRST-CITIZENS BANK & TRUST COMPANY, by and through their respective counsel, with reference to the following:

1. On April 26, 2012, Plaintiff filed her Complaint in the above-reference matter in Sacramento County Superior Court;

2. On June 13, 2012, Defendant removed this action to this Court;

3. On or about July 31, 2012, a Substitution of Counsel was signed in this matter granting this firm the right to represent Plaintiff in this matter;

4. On August 1, 2012, immediately after being brought into this case, the parties met and conferred as required by Rule 26;

5. In the preparation for production of initial disclosures, which were due September 4, 2012, Plaintiff's counsel discovered that an amendment to the Complaint is necessary and appropriate;

6. Defendant's counsel has consented to the amendment. By consenting to the amendment, Defendant does not waive any defenses.

THEREFORE, Plaintiff and Defendant hereby stipulate that Plaintiff can amend her Complaint to add a claim for violation of California's Government Code section 12940 with three counts: 1) discrimination on the basis of disability; 2) failure to accommodate; and 3) failure to engage in an interactive process.

FURTHER, the parties hereby stipulate that Plaintiff can amend her Complaint to clarify that her Third Cause of Action for Wrongful Termination in Violation of Public Policy includes as a "public policy" a duty by the employer to provide a safe working environment.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

Dated: September 21, 2012                    HENK LEONARD
                                             *A Professional Law Corporation*

                                             /s/ROBERT P. HENK
                                             ROBERT P. HENK
                                             Attorney for Plaintiff
                                             DIANE OGDEN

Dated: September 21, 2012                    WARD & SMITH, P.A.


                                             /s/JEREMY REGAN SAYRE
                                             JEREMY REGAN SAYRE
                                             Counsel for Defendant
                                             FIRST-CITIZENS BANK & TRUST CO.


Dated: September 21, 2012                    BAKER AND HOSTETLER LLP


                                             /s/SABRINA LAYNE SHADI
                                             SABRINA LAYNE SHADI
                                             Attorney for Defendant
                                             FIRST-CITIZENS BANK & TRUST CO.

Stipulation and Order Allowing Plaintiff to Amend Complaint

3

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff may file a First Amended Complaint that adds a Cause of Action for Violation of California's Government Code section 12940 with three counts: 1) disability discrimination; 2) failure to accommodate, and 3) failure to engage in an interactive process. The First Amended Complaint may also add clarification that Plaintiff's Third Cause of Action for Wrongful Termination in Violation of Public Policy includes as a "public policy" the employer's duty to maintain a safe work environment.

IT IS SO ORDERED.

Dated: September 26, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE