1  ROBERT P. HENK     (147490)
2  SHERI L. LEONARD (173544)
   **HENKLEONARD**
3  **A Professional Law Corporation**
   2260 Douglas Blvd., Suite 200
4  Roseville, CA 95661
5  Telephone:     (916) 787-4544
   Fax:             (916) 787-4530
6  henkleonard@aol.com
   Attorneys for Plaintiff, **DIANE OGDEN**
7

8  JEREMY REGAN SAYRE   (N.C. State Bar I.D. No.:  32164)
   **WARD & SMITH, P.A.**
9  5430 Wade Park Boulevard
   Raleigh, North Carolina 27607
10 Telephone:     (916) 277-9100
11 Fax:             (916) 277-9177
   js@wardandsmith.com
12

13 SABRINA L. SHADI, Bar No. 205405
   **BAKER & HOSTETLER LLP**
14 12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
15 Telephone:     310.820.8800
   Facsimile:     310.820.8859
16 sshadi@bakerlaw.com

17 Attorneys for Defendant, **FIRST-CITIZENS BANK & TRUST COMPANY**

18

19

20                      THE UNITED STATES DISTRICT COURT

21                      EASTERN DISTRICT OF CALIFORNIA

22

23 | **DIANE OGDEN** | **CASE NO.:  12 CV 01581 MCE GGH** |
24 |     Plaintiff, | |
25 |     vs. | **STIPULATION POSTPONING SETTLEMENT CONFERENCE** |
26 | **FIRST-CITIZENS BANK & TRUST** | |
27 | **COMPANY,**  and **DOES 1 through 50**, inclusive, | |
28 | | |
29 |     Defendant. | |

Stipulation

1

1    The parties to the above-entitled action submit that they are actively engaged in the

2    discovery process, and that such discovery is not expected to be completed in time for the

3    Settlement Conference currently scheduled for January 29, 2013, at 9:00 a.m.  The parties agree

4    that a Settlement Conference is desired and, thus, the parties hereby stipulate and agree that the

5    Settlement Conference should be postponed to a date which is mutually convenient for the Court

6    and each of the respective parties.  Accordingly, the parties respectfully request that the Court

7    reschedule the Settlement Conference for March 19, 2013, at 9:00 a.m.

8

9    Dated:  January 18, 2013                    **HENKLEONARD**
                                                 *A Professional Law Corporation*
10

11
                                                 /s/ Robert P. Henk
12                                               **ROBERT P. HENK**
                                                 Attorney for Plaintiff
13                                               **DIANE OGDEN**

14

15   Dated:  January 18, 2013                    **WARD & SMITH, P.A.**

16

17                                               /s/ Jeremy R. Sayre
                                                 **JEREMY REGAN SAYRE**
18

19
                                                 **BAKER & HOSTETLER, LLP**
20

21
                                                 /s/ Sabrina L. Shadi
22                                               SABRINA L. SHADI, Bar No. 205405

23
                                                 Attorneys for Defendant
24                                               **FIRST-CITIZEN'S BANK & TRUST
                                                 COMPANY**

25

26

27

28

29

Stipulation

1

**ORDER**

2          The Settlement Conference previously scheduled for January 29, 2013, at 9:00 a.m., is

3    hereby postponed until March 19, 2013, at 9:00 a.m.  Each party is directed to submit to the

4    chambers of Judge Kendall J. Newman confidential settlement conference statements not later

5    than March 12, 2013.

6    **Date:  1/22/2013**

7

8                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Stipulation