ROBERT P. HENK    (147490)
SHERI L. LEONARD (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:               (916) 787-4530
henkleonard@aol.com
Attorneys for Plaintiff, **DIANE OGDEN**

JEREMY REGAN SAYRE    (N.C. State Bar I.D. No.:  32164)
**WARD & SMITH, P.A.**
5430 Wade Park Boulevard
Raleigh, North Carolina 27607
Telephone:    (916) 277-9100
Fax:               (916) 277-9177
js@wardandsmith.com

SABRINA L. SHADI, Bar No. 205405
**BAKER & HOSTETLER LLP**
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
sshadi@bakerlaw.com

Attorneys for Defendant, **FIRST-CITIZENS BANK & TRUST COMPANY**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE OGDEN**<br><br>    Plaintiff,<br><br>    vs.<br><br>**FIRST-CITIZENS BANK & TRUST COMPANY,** and **DOES 1 through 50**, inclusive,<br><br>    Defendant. | **CASE NO.:  12 CV 01581 MCE GGH**<br><br><br><br>**STIPULATION POSTPONING SETTLEMENT CONFERENCE** |

Stipulation

1

The parties to the above-entitled action submit that they are actively engaged in the discovery process, and that such discovery is not expected to be completed in time for the Settlement Conference currently scheduled for January 29, 2013, at 9:00 a.m.  The parties agree that a Settlement Conference is desired and, thus, the parties hereby stipulate and agree that the Settlement Conference should be postponed to a date which is mutually convenient for the Court and each of the respective parties.  Accordingly, the parties respectfully request that the Court reschedule the Settlement Conference for March 19, 2013, at 9:00 a.m.

Dated:  January 18, 2013            **HENKLEONARD**
                                    *A Professional Law Corporation*


                                    /s/ Robert P. Henk
                                    **ROBERT P. HENK**
                                    Attorney for Plaintiff
                                    **DIANE OGDEN**


Dated:  January 18, 2013            **WARD & SMITH, P.A.**


                                    /s/ Jeremy R. Sayre
                                    **JEREMY REGAN SAYRE**


                                    **BAKER & HOSTETLER, LLP**


                                    /s/ Sabrina L. Shadi
                                    SABRINA L. SHADI, Bar No. 205405

                                    Attorneys for Defendant
                                    **FIRST-CITIZEN'S BANK & TRUST COMPANY**

Stipulation

2

**ORDER**

The Settlement Conference previously scheduled for January 29, 2013, at 9:00 a.m., is hereby postponed until March 19, 2013, at 9:00 a.m.  Each party is directed to submit to the chambers of Judge Kendall J. Newman confidential settlement conference statements not later than March 12, 2013.

**Date:  1/22/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE