ROBERT P. HENK    (147490)
SHERI L. LEONARD (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:              (916) 787-4530
henkleonard@aol.com
Attorneys for Plaintiff, **DIANE OGDEN**


JEREMY REGAN SAYRE    (N.C. State Bar I.D. No.:  32164)
**WARD & SMITH, P.A.**
5430 Wade Park Boulevard
Raleigh, North Carolina 27607
Telephone:    (916) 277-9100
Fax:              (916) 277-9177
js@wardandsmith.com


SABRINA L. SHADI, Bar No. 205405
**BAKER & HOSTETLER LLP**
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:     310.820.8859
sshadi@bakerlaw.com

Attorneys for Defendant,
**FIRST-CITIZENS BANK & TRUST COMPANY**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE OGDEN**         Plaintiff,    vs.  **FIRST-CITIZENS BANK & TRUST COMPANY,**  and **DOES 1 through 50**, inclusive,         Defendant. | **CASE NO.:  12 CV 01581 MCE GGH**  **STIPULATION AND ORDER FOR DISMISSAL** |

1

Pursuant to both Plaintiff and Defendant's stipulation (ECF No. 24.), through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

IT IS SO STIPULATED:

Dated:  March 27, 2013        HENK LEONARD
*A Professional Law Corporation*

/s/ROBERT P. HENK
ROBERT P. HENK
Attorney for Plaintiff
DIANE OGDEN

Dated:  March 28, 2013        WARD & SMITH, P.A.

/s/JEREMY R. SAYRE(as auth. 3/28/13)
JEREMY REGAN SAYRE
Counsel for Defendant
FIRST-CITIZENS BANK & TRUST CO.

Dated:  March 28, 2013        BAKER AND HOSTETLER LLP

/s/SABRINA L. SHADI(as auth. 3/28/13)
SABRINA LAYNE SHADI
Attorney for Defendant
FIRST-CITIZENS BANK & TRUST CO.

IT IS SO ORDERED.

DATED:  April 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE